UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
AFZA ANJUM, JANET TERRANA,
VERONICA MONAHAN and CAMILLE
FOREST, on behalf of themselves and all
others similarly situated,

                Plaintiffs,                      **ORDER**

        - against -                       13 CV 0460 (RJD) (RER)

J.C. PENNEY COMPANY, INC.,
J.C. PENNEY CORPORATION, INC.,

                Defendants.
-------------------------------------------------------- x

DEARIE, District Judge.

      The Court denies defendants' Rule 12(b)(1) motion to dismiss for lack of subject-matter jurisdiction. (ECF No. 97). The Court denies defendants' Rule 12(b)(6) motion to dismiss for failure to state a claim in part and grants the motion in part, dismissing plaintiff Veronica Monahan's claim for overtime wages under the Fair Labor Standards Act of 1938. (ECF No. 97); See 29 U.S.C. § 207. Leave to amend will be granted in a subsequent order. Finally, the Court denies defendants' motion to strike the putative opt-in plaintiffs. (ECF No. 105). A Memorandum of Decision will follow.

SO ORDERED.

Dated: Brooklyn, New York                      /s/ Judge Raymond J. Dearie
       September 30, 2014                        _____
                                                           RAYMOND J. DEARIE
                                                           United States District Judge