IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFZA ANJUM, JANET TERRANA, VERONICA MONAHAN and CAMILLE FOREST, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>J.C. PENNEY COMPANY, INC., J.C. PENNEY CORPORATION, INC.,<br><br>　　　　　　　　Defendants. | Civil Action No. 13-CV-00460 (RJD) (RER)<br><br>**STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE ONLY AS TO THE "AUTOMATIC ROUNDING" CLAIMS MADE BY PLAINTIFFS**<br><br>**VIA ECF** |

**WHEREAS**, Plaintiffs have alleged that Defendants J.C. Penney Company, Inc. and J.C. Penney Corporation, Inc. (collectively "JCP") violated the Fair Labor Standards Act ("FLSA") and New York law by, among other things, "configuring the time clocks in JCP's stores to round down and artificially reduce the amount of time employees perform work at the Defendants' stores and thereby deprive employees of wages and overtime compensation to which they are entitled by law" (the "automatic rounding claims").  *See, e.g.*, Second Amended Compl. ¶¶ 2(a), 25; and

WHEREAS, JCP has alleged as an affirmative defense that the claims raised by certain of the Plaintiffs (including certain "opt-ins") are subject to arbitration pursuant to the J.C. Penney Rules of Employment Arbitration ("Arbitration Rules"); and

WHEREAS, the Plaintiffs and JCP, after a pre-motion conference, informed the Court that Plaintiffs, on an individual basis, would withdraw with prejudice their automatic rounding claims and JCP would not file a motion for partial summary judgment on the Plaintiffs' automatic rounding claims and would not seek to compel arbitration as to Plaintiffs and Opt-ins as to those claims currently pled.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties that Plaintiffs (including any and all "opt-ins") on an individual basis hereby

dismiss with prejudice their automatic rounding claims with each side bearing their own fees and costs, and JCP will not seek to compel arbitration as to Plaintiffs and Opt-ins as to those claims currently pled.

Respectfully submitted,

By: /s/ Lee Shalov
Lee Shalov, Esq.
**McLAUGHLIN & STERN, LLP**
260 Madison Avenue
New York, New York 10016
(212) 448-1100
Attorneys for Plaintiffs

By: /s/Jed Marcus
Jed L. Marcus, Esq.
**BRESSLER, AMERY & ROSS, P.C.**
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Defendants J.C. Penney Company, Inc. and J.C. Penney Corporation, Inc.

Dated:  January 23, 2015

Dated:  January 23, 2015

*SO ORDERED:*

_____
The Honorable Raymond J. Dearie
United States District Judge

Dated:  January __, 2015